# EXHIBIT B

C-113 Rev. 12/93

New Jersey State
Division of Commercial Recording
Application for Certificate of Authority
(For Use by Foreign Profit and Nonprofit Corporations)

FR

**FILED**
**OCT 21 2016**
**STATE TREASURER**

0101042709

Check Appropriate Statute:

    X   N.J.S.A. 14A:13-4 et seq.     New Jersey Profit Corporation Act (File in Duplicate)

    ___ N.J.S.A. 15A:13-4 et seq.     New Jersey Nonprofit Corporation Act (File in Triplicate)

Pursuant to the provisions of the appropriate Statute, checked above, of the New Jersey Statutes, the undersigned corporation hereby applies for the Authority to conduct business/activities in New Jersey and for that purpose certifies to the following:

1. Name of Corporation: Burlington Stores, Inc.
2. Incorporated under the laws of: Delaware
3. Date of Foreign Incorporation: 2/13/2013
4. The address of its main office or headquarters is: (Street and postal designation):
   2006 Route 130 North

   (City) Burlington      (State) NJ      (Zip) 08016

5. The name and address of its Registered agent in New Jersey is:

Agent's Name: Corporation Service Company

(Street and postal designation) 830 Bear Tavern Road

(City) West Trenton      (State) New Jersey      (Zip) 08016

Said Registered Agent is an agent of the corporation upon whom process against the corporation may be served.

6. The period of its duration is: Perpetual
7. The business/activities which the corporation is authorized to conduct in New Jersey, and which it is also authorized to conduct in its home jurisdiction are:
   Retail services

NOTE: Attach a Good Standing Certificate from the home state dated no more than 30 days prior to filing in New Jersey.

Signature: _____
Christopher Schaub
Title: VP & Assistant Secretary     Date: 10/19/16
(Must be Chairperson of the Board, President, or Vice President)

JJ284/8677
JJ564/1375



# Delaware

Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BURLINGTON STORES, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIRST DAY OF OCTOBER, A.D. 2016.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "BURLINGTON STORES, INC." WAS INCORPORATED ON THE THIRTEENTH DAY OF FEBRUARY, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

Jeffrey W. Bullock, Secretary of State

5285514 8300
SR# 20166309181

Authentication: 203203304
Date: 10-21-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

## STATE OF NEW JERSEY
## DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## CHANGE OF REGISTERED AGENT CERTIFICATE

### BURLINGTON STORES, INC.
*0101042709*

The Division of Revenue and Enterprise Services hereby affirms that the following change was submitted on 12/27/2017 for BURLINGTON STORES, INC..

**Previous Registered Agent and Office**

CORPORATION SERVICE COMPANY
PRINCETON SOUTH CORPORATE CTR
STE 160, 100 CHARLES EWING BLVD
EWING, NJ 08628

**New Registered Agent and Office**

THE CORPORATION TRUST COMPANY
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal, this 27th day of December, 2017*

*Ford M. Scudder*
*State Treasurer*

*Certificate Number : 2304335218*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*